**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **FREDERICK LEE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 1:10-cv-01157 |
| | ) | |
| **NORTHWESTERN UNIVERSITY,** | ) | **Judge Kocoras** |
| | ) | **Magistrate Judge Mason** |
| **Defendant.** | ) | |

**BILL OF COSTS**

**ITEMIZATION OF COSTS**

**EXPERT WITNESS FEES:**

| DESCRIPTION | COST |
|---|---:|
| Compensation paid to Plaintiff's expert James Butcher | $2,400.00 |
| Compensation paid to the University's expert Alan Friedman (at statutory rate of $40.00 per day) | $40.00 |
| **TOTAL Expert Witness Fees:** | **$2,440.00** |

**FEES OF THE COURT REPORTER:**

| DESCRIPTION | COST |
|---|---:|
| Court Reporter's Fee for attendance at Jenny Lee's Deposition | $180.00 |
| Court Reporter's Fee for Copy of Transcript of Jose Aviles' Deposition and duplication of exhibits | $238.60 |
| Court Reporter's Fee for Copy of Transcript of Nicholas Parishis' Deposition and duplication of exhibits | $388.00 |
| Court Reporter's Fee for Copy of Transcript of Plaintiff's Deposition (Day 1) and duplication of exhibits | $1,743.55 |

| | |
|---|---:|
| Court Reporter's Fee for Copy of Transcript of Plaintiff's Deposition (Day 2) and duplication of exhibits | $1,543.90 |
| Court Reporter's Fee for Original Transcript of Darren Davis, Sr.'s Deposition (Day 1) and duplication of exhibits | $1,098.00 |
| Court Reporter's Fee for Copy of Transcript of Darren P. Davis, Sr.'s Deposition (Day 2) and duplication of exhibits | $437.00 |
| Court Reporter's Fee for Copy of Transcript of Bruce Lewis' Deposition (Day 1) and duplication of exhibits | $541.00 |
| Court Reporter's Fee for Copy of Transcript of Bruce Lewis' Deposition (Day 2) and duplication of exhibits | $298.60 |
| Court Reporter's Fee for Original Transcript of James N. Butcher, Ph.D's Deposition and duplication of exhibits | $786.38 |
| Court Reporter's Fee for Copy of Transcript of David Kramarz's Deposition and duplication of exhibits | $525.00 |
| Court Reporter's Fee for Original Transcript of Pamela Pirtle's Deposition and duplication of exhibits | $1,188.00 |
| Court Reporter's Fee for Copy of Transcript of Alan F. Friedman's Deposition (Day 1) and duplication of exhibits | $434.70 |
| Court Reporter's Fee for Original Transcript of Alan F. Friedman's Deposition Day 2) and duplication of exhibits | $814.00 |
| **TOTAL Court Reporter Fees**: | **$10,216.73** |

**DUPLICATING COSTS:**

| DESCRIPTION | # of pages | # of copies | Total pp. |
|---|---|---|---|
| The University's Motion for Extension of Time to File Answer to Complaint at Law (one courtesy copy) | 3 | 1 | 3 |
| The University's Motion to Dismiss and Strike Complaint at Law, Memorandum in Support, and Exhibits (one courtesy copy) | 115 | 1 | 115 |
| The University's Motion to Dismiss and Strike Amended Complaint at Law, Memorandum in Support, and Exhibits (one courtesy copy) | 169 | 1 | 169 |

| | | | |
|---|---|---|---|
| The University's Reply in Support of Motion to Dismiss and Strike Amended Complaint at Law, Memorandum in Support, and Exhibits (one courtesy copy) | 12 | 1 | 12 |
| The University's Motion for Protective Order (one courtesy copy) | 13 | 1 | 13 |
| The University's Answer (one courtesy copy) | 30 | 1 | 30 |
| The University's Motion to Compel Forensic Analysis of Plaintiff's Laptop Computer (one courtesy copy) | 101 | 1 | 101 |
| The University's Motion to Compel, Memorandum in Support, and Exhibits (one courtesy copy) | 116 | 1 | 116 |
| The University's Motion to Enforce Subpoena and Exhibits (one courtesy copy) | 49 | 1 | 49 |
| The University's Motion for Extension of Time to Complete Discovery (one courtesy copy) | 2 | 1 | 2 |
| The University's Motion to Compel, Memorandum in Support, and Exhibits (one courtesy copy) | 302 | 1 | 302 |
| The University's Motion for Leave to File Reply Memorandum Instanter (one courtesy copy) | 55 | 1 | 55 |
| The University's Opposition to Plaintiff's Motion to Compel and Exhibits (one courtesy copy) | 97 | 1 | 97 |
| The University's Answer to the Second Amended Complaint (one courtesy copy) | 37 | 1 | 37 |
| The University's Motion to Strike Expert Report of James N. Butcher, Ph.D. and Exhibits | 84 | 1 | 84 |
| The University's Motion to Stay (Temporarily) Briefing on Plaintiff's Motion for Summary Judgment and Enter Extended Briefing Schedule and Exhibits (one courtesy copy) | 8 | 1 | 8 |
| The University's Response to Plaintiff's Motion to Amend Complaint and Exhibits (one courtesy copy) | 13 | 1 | 13 |
| The University's Answer to the Third Amended Complaint (one courtesy copy) | 37 | 1 | 37 |
| The University's Motion for Leave to File Excess Pages in Its Memorandum in Support of Its Motion for Summary Judgment (one courtesy copy) | 3 | 1 | 3 |
| The University's Motion for Leave to File Certain Information and Documents In Support of Its Motion for Summary Judgment Under Seal (one courtesy copy) | 4 | 1 | 4 |
| The University's Motion for Summary Judgment – unredacted filed under seal (three copies – courtesy copy, filed copy, Plaintiff's copy) | 826 | 3 | 2,478 |

| | | | |
|---|---|---|---|
| The University's Motion for Summary Judgment – redacted filed electronically (one courtesy copy) | 826 | 1 | 826 |
| The University's Response in Opposition to Plaintiff's Motion for Summary Judgment – unredacted filed under seal (three copies – courtesy copy, filed copy, Plaintiff's copy) | 315 | 3 | 945 |
| The University's Response in Opposition to Plaintiff's Motion for Summary Judgment – redacted filed electronically (one courtesy copy) | 315 | 1 | 315 |
| The University's Motion to Bar Testimony and Opinions of James N. Butcher, Ph.D., Memorandum, and Exhibits (one courtesy copy) | 26 | 1 | 26 |
| The University's Response in Opposition to Plaintiff's Rule 56(b)(3)(C) Statement of Additional Facts in Support of Motion for Summary Judgment (one courtesy copy) | 4 | 1 | 4 |
| The University's Motion to Strike Plaintiff's Amended Answers to Certain Defendant Statement of Facts, Amended Additional Statement of Fact in Opposition to Defendant's Motion for Summary Judgment, and Amended Memorandum in Opposition to Defendant's Motion for Summary Judgment (one courtesy copy) | 19 | 1 | 19 |
| The University's Response in Opposition to Plaintiff's Motion to Compel and Exhibits (one courtesy copy) | 34 | 1 | 34 |
| The University's Reply in Support of Motion to Bar Testimony of James N. Butcher, Ph.D. (one courtesy copy) | 21 | 1 | 21 |
| The University's Response in Opposition to Plaintiff's Rule 56.1 Additional Undisputed Material Facts (one courtesy copy) | 21 | 1 | 21 |
| The University's Response to Plaintiff's Motion for Judicial Notice of Certain Facts (one courtesy copy) | 5 | 1 | 5 |
| Documents provided pursuant to Plaintiff's discovery requests | 3,042 | 2 | 6,084 |
| **Total Pages Duplicated** | | | **12,028** |
| **TOTAL Cost (at $0.20 per page)** | **12,028** | **$.20** | **$2,405.60** |

| | | |
|---|---|---|
| **GRAND TOTAL:** | | **$15,062.33** |

M:\14092\pleading\Bill of Costs\Bill of Costs (Itemization).docx